**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────────

**No. 24-1365**

───────────────

KENDALL SMITH,

       Plaintiff - Appellant,

    v.

U.S. JUDGE PAULA XINIS; STATE OF MARYLAND; U.S. GOVERNMENT,

       Defendants - Appellees.

───────────────

Appeal from the United States District Court for the District of Maryland, at Greenbelt. James K. Bredar, Senior District Judge.  (8:23-cv-03262-JKB)

───────────────

Submitted:  November 19, 2024            Decided:  November 21, 2024

───────────────

Before QUATTLEBAUM, RUSHING, and BENJAMIN, Circuit Judges.

───────────────

Dismissed by unpublished per curiam opinion.

───────────────

Kendall R. Smith, Appellant Pro Se.

───────────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kendall Smith seeks to appeal the district court's order directing him to show cause why his civil complaint should not be dismissed. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291, and certain interlocutory and collateral orders, 28 U.S.C. § 1292; Fed. R. Civ. P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 545-46 (1949). The order Smith seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*
